IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- *111* |
| KWAN MILLER, a/k/a KENNETH MILLER | : |
| Defendant. | : |

REDACTED

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about July 18, 2007, in the State and District of Delaware, KWAN MILLER, a/k/a KENNETH MILLER, defendant herein, did knowingly possess in and affecting interstate commerce and foreign commerce, a firearm, that is, a Kel-Tec Model P 11, 9mm Luger semi-automatic pistol, serial number 123096, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT II

On or about July 18, 2007, in the State and District of Delaware, KWAN MILLER, a/k/a KENNETH MILLER, defendant herein, did knowingly possess in and affecting interstate commerce and foreign commerce, Marlin Model 980 DL, 22 caliber bolt-action rifle after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County Delaware, in violation of Title 18, United

States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count I of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 924 and 28 U.S.C. Section 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following:

1. Kel-Tec Model P 11, 9mm Luger semi-automatic pistol, serial number 123096.

2. 10 rounds of 9mm ammunition.

3. Marlin Model 980 DL, 22 caliber bolt-action rifle.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____   Date: August 16, 2007
Martin C. Meltzer
Special Assistant United States Attorney