# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 07-111 JJF |
| | : | |
| KWAN MILLER a/k/a | : | |
| KENNETH MILLER | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. Pre-trial motions were to be filed by September 21, 2007.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:____/s/ Martin C. Meltzer_____
Martin C. Meltzer (De. I.D. No. 3053)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: September 24, 2007.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :
                                  :
                    v.            :
                                  :        Criminal Action No. 07-111 JJF
KWAN MILLER a/k/a/                :
KENNETH MILLER                    :
                                  :
            Defendant.            :

## ORDER

     IT IS HEREBY ORDERED this ___ day of _____, 2007, that a

scheduling conference in this matter will be held on the _____ day of _____ at

_____.m. in Courtroom ___, J. Caleb Boggs Federal Building, 844 King Street, Wilmington,

Delaware.


                             _____

                             HONORABLE JOSEPH J. FARNAN, JR..
                             UNITED STATES DISTRICT JUDGE