IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

DELAWARE IN THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | |
| v. | : | Case 1:07-cr-0011-JJF |
| KWAN MILLER, | : | |
| Defendant. | : | |

### STIPULATION OF SUBSTITUTION OF COUNSEL

TO:  Mr. Keith Kincaid                          Martin Meltzer, Esquire
     Assistant to U.S. Magistrate               Assistant United States Attorney
      Mary Pat Thynge                           1007 Orange Street
     Lock Box 8                                 Post Office Box 2046
     Wilmington, Delaware 19801                 Wilmington, Delaware 19801

**IT IS HEREBY STIPULATED** by the undersigned that the appearance of Edson Bostic, Esquire is hereby substituted for that of John S. Malik, Esquire, in the above- captioned criminal action.

_____              _____
JOHN S. MALIK                          Edson Bostic, Esquire
100 East 14th Street                   Federal Public Defender
Wilmington, Delaware 19801             J. Caleb Boggs Federal Building
                                       844 North King Street
                                       Wilmington, Delaware 19801

IT IS SO ORDERED this __3__ day of __October__, A.D., 2007

FILED
OCT 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____ J.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

DELAWARE IN THE STATE OF DELAWARE

| | |
|---|---|
| UNITED STATES, | : |
| Plaintiff, | : |
| v. | : Case 1:07-cr-0011-JJF |
| KWAN MILLER, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, John S. Malik, do hereby certify that on this __28th__ day of September, AD, 2007, I have had two (2) copies of the attached Stipulation of Substitution of Counsel forwarded hand delivery, to the individuals listed at the addresses below:

> Edson Bostic, Esquire
> Federal Public Defender
> J. Caleb Boggs Federal Building
> 844 North King Street
> Wilmington, Delaware 19801

> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
>   Attorney for Defendant