IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-111 JJF |
| KWAN MILLER, | : | |
| Defendant. | : | |

## O R D E R

Whereas, the Court granted defense counsel's request to continue the October 15, 2007 Scheduling Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, November 15, 2007 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

November 7, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE