IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 07-111-JJF |
| KWAN MILLER a/k/a KENNETH MILLER, | : |
| Defendant. | : |

### JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney, and Keir Bradford, Esq., counsel for defendant Kwan Miller a/k/a Kenneth Miller, respectfully request a continuance in this matter pursuant to 18 U.S.C. § 3161(h)(8)(A). In support of this motion, the parties aver as follows:

1. On July 18, 2007, state probation officers conducted an administrative search at the defendant's residence. As a result of the search, the officers found, a Kel-Tec Model P 11, 9mm Luger semiautomatic handgun and a Marlin Model 980 DL, 22 caliber bolt-action rifle.

2. On August 16, 2007, defendant Kwan Miller was indicted by the grand jury for the District of Delaware for two counts of possession of a firearm by a felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2) for his possession of the above mentioned firearms.

3. On August 29, 2007, six-swabs of DNA were taken from the Kel-Tec Model P 11,

9mm Luger semi-automatic handgun was delivered to NMS Labs, Willow Grove, Pennsylvania for DNA analysis. A preliminary analysis was delivered to the government and a copy was forwarded to the defense. The preliminary analysis did not produce a DNA profile, however, sufficient quantities of samples remain for reanalysis.

4. NMS labs have been requested to conduct additional testing. Before any additional testing is conducted NMS Labs will inspect the handgun for additional samples of DNA in order to preserve the remaining samples that would have been destroyed by testing. If no other samples are obtained the remaining samples will be used.

5. The government and the defendant do not know if DNA is found on the Kel-Tec handgun that it will provide inculpatory or exculpatory evidence in this case. However, in the interest of justice, both parties want to have the additional or remaining samples analyzed.

6. The Court has set a scheduling conference in the above case for November 15, 2007.

7. The parties respectfully request a continuance of the scheduling conference for 45 days so that additional DNA samples may be analyzed in the interest of justice and the possibility of a pre-trial resolution.

8. The defendant explicitly waives any and all rights involving a speedy trial based upon the requested continuance of the November 15, 2007 scheduling conference.

WHEREFORE, it is respectfully submitted by the parties that the ends of justice served by a continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial and that any period of continuance is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C.§ 3161(h)(8)(A).   A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

*Martin C. Meltzer/For*
Keir Bradford, Esq
Attorney for Defendant

BY: *Martin C. Meltzer*
Martin Meltzer
Special Assistant United States Attorney

Dated: November 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Case No. 07-111-JJF |
| : | |
| **KWAN MILLER,** : | |
| : | |
| Defendant. : | |

### ORDER

And now, this_____day of November, 2007, the Court finds that, for the reasons stated in the JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, the ends of justice to be served by granting a continuance in this matter outweigh the interests of the public and the defendant in a speedy trial, and therefore, pursuant to Title 18, United States Code, Section 3161(h)(8)(A),

**IT IS HEREBY ORDERED** that a continuance from November 15, 2007 through _____, is granted in this case, and that this period of the continuance will be excluded in computing the time within which the trial must commence.

                                    _____
                                    The Honorable Joseph J. Farnan, Jr.
                                    United States District Court