IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case No. 07-111-JJF |
| KWAN MILLER, | : | |
| Defendant. | : | |

### ORDER

And now, this __15__ day of November, 2007, the Court finds that, for the reasons stated in the JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, the ends of justice to be served by granting a continuance in this matter outweigh the interests of the public and the defendant in a speedy trial, and therefore, pursuant to Title 18, United States Code, Section 3161(h)(8)(A),

IT IS HEREBY ORDERED that a continuance from November 15, 2007 through DEC. 14, 2007, is granted in this case, and that this period of the continuance will be excluded in computing the time within which the trial must commence.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court



FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE