IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 07-111-JJF |
| KWAN MILLER, a/k/a, KENNETH MILLER | : |
| Defendant. | : |

## ORDER

AND NOW, this ___10___ day of ___December___, 2007, it is HEREBY ORDERED that the government's Motion for Saliva Samples for DNA Testing is GRANTED. The defendant is directed to provide forthwith saliva samples through the use of two buccal swabs applied by A.T.F. Special Agent Paul Gemmato, or his designee.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED
DEC 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

6