IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :   Criminal Action No. 07-111 JJF
                                   :
KWAN MILLER,                       :
                                   :
        Defendant.                 :

## O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **February 8, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

January 23, 2007
    DATE

UNITED STATES DISTRICT JUDGE



FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE