IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-111 JJF |
| KWAN MILLER, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on February 8, 2008, the Court held a Scheduling Conference in the above-captioned matter;

WHEREAS, Counsel for Defendant requested additional time to file pretrial motions until March 7, 2008 and waives speedy trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) All Pretrial Motions shall be filed no later than **March 7, 2008**.

2) The time between February 8, 2008 and March 7, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

February 14, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

F I L E D
FEB 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE