IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-111 JJF |
| KWAN MILLER, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **March 20, 2008 at 4:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

March 3, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

