IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-111 JJF |
| KWAN MILLER, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Scheduling Conference for March 20, 2008 has been cancelled;

WHEREAS, Defendant has filed a Motion to Suppress Evidence (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **April 3, 2008, at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 12, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
MAR 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE