IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 07-111-JJF |
| | ) | |
| KWAN MILLER, a/k/a | ) | |
| KENNETH MILLER | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE HEARING

NOW COMES the defendant Kwan Miller, by and through his attorney, Assistant Federal Public Defender Keir Bradford, Esq., and the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney, and Assistant United States Attorney Robert F. Kravetz, and jointly requests the Court to continue the date of a hearing scheduled on the defendant's Motion to Suppress Evidence. In support of this motion, the parties submit as follows:

1. The defendant was indicted on August 17, 2007. The defendant filed a pre-trial Motion to Suppress Evidence dated March 7, 2008, and this Court scheduled a hearing on that motion for April 3, 2008

2. The parties have been discussing the possibility of resolving the defendant's pending federal charges. Since resolving the defendant's pending federal charges would have collateral consequences on a pending violation of probation petition filed against the defendant in the Delaware Superior Court, the parties must involve the Delaware Attorney General's Office and the defendant's state counsel in those discussions. The United States Attorney's Office has

been in contact with the Delaware Attorney General's Office in an attempt to resolve this matter globally.

3. In order to permit the parties to attempt to resolve the defendant's pending charges prior to trial, the parties request the Court to continue the defendant's hearing on his Motion to Suppress Evidence until the week of April 21, 2008, or until such time as is convenient to the Court's schedule.

4. The parties request that the time between the date of this order and the date of the hearing be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).


Respectfully submitted,


/s/ Keir Bradford
Keir Bradford, Esq.
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for defendant Kwan Miller

/s/ Robert F. Kravetz
Robert F. Kravetz, Esq.
Assistant United States Attorney
District of Delaware
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19899


Dated: April 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 07-111-JJF |
| | ) |
| KWAN MILLER, a/k/a | ) |
| KENNETH MILLER | ) |
| | ) |
| Defendant. | ) |

### ORDER

Having considered the parties' Joint Motion to Continue Sentencing Act, **IT IS HEREBY ORDERED** this _____ day of April 2008 that the motion is **GRANTED**. A hearing on the defendant's Motion to Suppress Evidence shall commence on _____, 2008 at _____.

The time between the date of the Joint Motion and the date of the hearing shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge