IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 07-111-JJF |
| | ) |
| KWAN MILLER, a/k/a | ) |
| KENNETH MILLER | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the parties' Joint Motion to Continue Sentencing Act, **IT IS HEREBY ORDERED** this ___9___ day of April 2008 that the motion is **GRANTED**. A hearing on the defendant's Motion to Suppress Evidence shall commence on ___TBD___, 2008 at _____. The time between the date of the Joint Motion and the date of the hearing shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

Honorable Joseph J. Farnan, Jr.
United States District Judge

3