IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-111 JJF |
| KWAN MILLER, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court has granted the parties' Joint Motion to Continue Hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Wednesday, May 7, 2008, 2008, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 18, 2008
DATE

UNITED STATES DISTRICT JUDGE

FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE