IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 07-111-JJF |
| ) | |
| KWAN MILLER, a/k/a ) | |
| KENNETH MILLER ) | |
| ) | |
| Defendant. ) | |

## SECTION 851 INFORMATION

NOW COMES the United States, pursuant to 21 U.S.C. § 851, and states that the Defendant, Kwan Miller, has the following prior convictions for a drug, narcotic, or chemical offense:

a.  The defendant was convicted on January 25, 2005, of a felony drug offense in Superior Court in and for New Castle County, Delaware, to wit, possession with intent to deliver a schedule II narcotic controlled substance (Case No. 0411008124); and

b.  The defendant was convicted on November 14, 2001, of a felony drug offense in Superior Court in and for New Castle County, Delaware, to wit, distribution, delivery, or possession of a controlled substance within 300 feet of a park (Case No. 0105001725).

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x133

Dated: May 7, 2008