IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-111-JJF |
| ) | |
| KWAN MILLER a/k/a ) | |
| KENNETH MILLER ) | |
| Defendant ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about July 18, 2007, in the State and District of Delaware, defendant Kwan Miller, a/k/a Kenneth Miller, knowingly and intentionally possessed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: May 7, 2008