IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 07-111-JJF |
| | ) | |
| KWAN MILLER, a/k/a | ) | |
| KENNETH MILLER | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS COUNTS I AND II OF THE INDICTMENT

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant

United States Attorney for the District of Delaware, and hereby moves this Honorable Court to

dismiss Counts I and II of the Indictment returned against Defendant Kwan Miller on August 16,

2007, pursuant to the terms of a plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By: _Robert F Kravetz_
Robert F. Kravetz
Assistant United States Attorney

Dated: July 9, 2008

SO ORDERED this ___9___ day of July 2008.

_Joseph J. Farnan_
Honorable Joseph J. Farnan, Jr.
United States District Judge